# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2037
_____

JOSE ARIAS,

Appellant,

v.

AMERICAN AIRLINES and
SEDGWICK/CMS,

Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident:  April 15, 2015.

March 15, 2018


PER CURIAM.

AFFIRMED.

RAY, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Derek V. James and Kimberly D. Proano of Jones, Hurley and Hand, P.A., Tampa, for Appellees.